# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
## CRIMINAL DOCKET FOR CASE #: 2:01-cr-00009-JTM-PRC-1
### Internal Use Only

Case title: USA, et al v. Akins, et al
Magistrate judge case number: 2:00-mj-01141

Date Filed: 01/19/2001
Date Terminated: 07/01/2004

Assigned to: Senior Judge James T Moody
Referred to: Magistrate Judge Paul R Cherry

**FILED**
2-12-08
FEB 1 2 2008

08CR72

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**Defendant (1)**

**Sherman Akins**
*TERMINATED: 07/01/2004*
*also known as*
Regan Denzel Blair
*TERMINATED: 07/01/2004*

represented by **Sherman Akins**
59460-053
Federal Prison Camp
PO Box 2000
Lewisburg, PA 17837
PRO SE

**Claudia Irma Traficante**
Law Offices of Claudia Traficante

5955 Central Avenue
Portage, IN 46368
219-762-6615
Fax: 219-763-6229
Email: citlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Dalal M Jarad PHV**
Stanley L Hill and Associates PC
10 S LaSalle Street Suite 1301
Chicago, IL 60603
312-917-8888

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date: 2/7/08

*TERMINATED: 08/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**H Jay Stevens - FCD**
Federal Community Defenders
Inc - SB/IN
Northern District of Indiana
227 S Main St Suite 100
South Bend, IN 46601
574-245-7393
Fax: 574-245-7394
Email: jay_stevens@fd.org
*TERMINATED: 04/04/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheldon Nagelberg**
Sheldon B Nagelberg Law Offices

53 W Jackson Blvd Suite 1657
Chicago, IL 60604
312-427-6060
Fax: 312-427-6061
*TERMINATED: 05/02/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Stanley L Hill PHV**
Stanley L Hill and Associates PC
10 S LaSalle Street Suite 1301
Chicago, IL 60603
312-917-8888
*TERMINATED: 08/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                    **Disposition**

None

## Highest Offense Level
## (Opening)
None

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES (1) | Dismissal of original indictment pursuant to Rule 48(a) motion by the government |
| 21:846 & 18:2 CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE ECSTASY & SPECIAL K (1s) | Order for Dismissal of the First Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |
| 21:846 & 18:2 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE ECSTASY AND SPECIAL K; AIDING AND ABETTING (1ss) | Committed to the custody of the U.S. Bureau of Prisons for a term of 92 months; upon release from imprisonment, defendant placed on supervised release for 3 years; standard conditions of supervision imposed; no fine imposed; defendant ordered to pay a special assessment of $100.00, which shall be due immediately |
| 21:843(b) & 18:2 USE OF A COMMUNICATION FACILITY IN FURTHERANCE OF A DRUG TRAFFICKING OFFENSE & AIDING & ABETTING (2-4) | Dismissal of original indictment pursuant to Rule 48(a) motion by the government |
| 18:1952 & 2 RACKETEERING-TRANSPORTING IN AID OF POSSESSION WITH INTENT TO DISTRIUBTE ECSTASY & AIDING & ABETTING (2s) | Order for Dismissal of the First Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |
| 18:1952 & 2 INTERSTATE | Order for Dismissal of Count 2 of |

| | |
|---|---|
| TRAVEL IN AID OF RACKETEERING (POSSESSION WITH INTENT TO DISTRIBUTE ECSTASY); AIDING AND ABETTING (2ss) | the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |
| 18:1952 & 2 TRAVEL IN INTERSTATE COMMERCE IN FURTHERANCE OF DRUG TRAFFICKING OFFENSE & AIDING & ABETTING (5) | Dismissal of original indictment pursuant to Rule 48(a) motion by the government |
| 18:1952 & 2 INTERSTATE TRAVEL IN AID OF RACKETEERING (POSSESSION WITH INTENT TO DISTRIBUTE ECSTASY); AIDING AND ABETTING (6ss) | Order for Dismissal of Count 6 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |
| 21:843(b) & 18:2 USE OF A COMMUNICATION FACILITY TO DISTRIBUTE ECSTASY & SPECIAL K & AIDING & ABETTING (7s-9s) | Order for Dismissal of the First Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |
| 21:843 & 18:2 USING A TELEPHONE TO DISTRIBUTE CONTROLLED SUBSTANCES; AIDING AND ABETTING (7ss-9ss) | Order for Dismissal of Counts 7,8,9 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                        **Disposition**

None

**Plaintiff**

**United States of America**      represented by   **Daniel L Bella - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: daniel.bella@usdoj.gov
*TERMINATED: 09/10/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph A Cooley**
US Attorney's Office - Hmd/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
*TERMINATED: 08/07/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Lee Kirsch - AUSA, II**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2770
Email: thomas.kirsch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2000 | 1 | COMPLAINT against Sherman Akins filed by Brian Mariana SA/DEA signed by Mag Judge Andrew P. Rodovich [ 2:00-m -1141 ] (jrh) (Entered: 11/27/2000) |
| 11/24/2000 | | ARREST Warrant issued for Sherman Akins by Mag Judge Andrew P. Rodovich (Orig warr fwd to USM/Hmd) [ 2:00-m -1141 ] (jrh) (Entered: 11/27/2000) |
| 11/27/2000 | 2 | MOTION to SEAL AFFIDAVIT attached to the Criminal Complaint ONLY until further order of court by USA as to |

| | | |
|---|---|---|
| | | Sherman Akins [ 2:00-m -1141 ] (jrh) (Entered: 11/27/2000) |
| 11/27/2000 | 3 | ORDER by Mag Judge Andrew P. Rodovich granting motion to SEAL AFFIDAVIT attached to the Criminal Complaint ONLY until further order of court [2-1] (cc: all counsel) [ 2:00-m -1141 ] (jrh) (Entered: 11/27/2000) |
| 11/30/2000 | 4 | MOTION to UNSEAL document (affidavit attached to the criminal complaint) by plaintiff USA by USA as to Sherman Akins [ 2:00-m -1141 ] (jrh) (Entered: 12/01/2000) |
| 11/30/2000 | 5 | ORDER by Mag Judge Andrew P. Rodovich granting motion to UNSEAL document (affidavit attached to the criminal complaint) by plaintiff USA [4-1] (cc: all counsel) [ 2:00-m -1141 ] (jrh) (Entered: 12/01/2000) |
| 12/14/2000 | 6 | ARREST Warrant returned executed as to Sherman Akins on 11/30/00 E/NY custody by detainer [ 2:00-m -1141 ] (jrh) (Entered: 12/15/2000) |
| 12/15/2000 | 7 | RULE 40 Documents received from District of New York Case # 00-M-1958 as to defendant Sherman Akins [ 2:00-m -1141 ] (jrh) (Entered: 12/19/2000) |
| 12/20/2000 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] sealing case Number of pages: 1 (cc: all counsel) [ 2:00-m -2105 ] (sealed) (Entered: 12/21/2000) |
| 12/29/2000 | | ARREST of defendant Sherman Akins on 12/29/00 [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 12/29/2000 | 8 | MINUTES: before Mag Judge Theresa L. Springmann initial appearance of Sherman Akins; dft present w/out cnsl; AUSA J Cooley, E Johnston USPT present. Dft waives rights, advised charges, penalties. Rqst for Crt atpd cnsl is granted based on finan qualif and finan afdvt filed in previous district; Govt rqsts pretrial deten. Prob Cause;Detention hearing set for 9:00 1/5/01 for Sherman Akins [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 12/29/2000 | 9 | MOTION change of venue/removal to North Dist Ill/East Div by Sherman Akins pro se [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 01/04/2001 | 8 | MINUTES: PRELIM EXAM/DETEN HRG 1/4/01 before Mag Judge Theresa L. Springmann. Dft Devon L Roche present in person and by M Falconer. AUSA J Cooley, T |

| | | |
|---|---|---|
| | | Adamson USPT present. Evidence presented. Crt finds sufficient prob cause to support Crim Cmplt. Govt oral mtn for p/t detn is granted for reasons stated of record. Crt Orders Govt to preserve orig tape/recording of telph conversation presented as evidence in this hrg. Dft remanded. ;arraignment set for 1:00 1/26/01 for Devon L Roche before Mag Judge Theresa L. Springmann [ 2:00-m -2105 ] (sealed) (Entered: 01/09/2001) |
| 01/04/2001 | 9 | EXHIBIT/WITNESS list 1/4/01 Deten Hrg (Roche) [ 2:00-m -2105 ] (sealed) (Entered: 01/09/2001) |
| 01/05/2001 | 10 | MINUTES: PROB CAUSE/DETN HRG before Mag Judge Theresa L. Springmann. Dft Sherman Akins present, S Nagelberg (CJA), AUSA J Cooley, T Adamson USPT present. Dfns pro se motion change of venue/removal to North Dist Ill/East Div [9-1] is withdrawn. Dft agrees to pretrial deten, waives hearing but reserves right to reopen in light of new evidence. Evidence presented (prob cause issue). Argument heard. Crt finds sufficient prob cause to support Crim Complt. Dfns, thru new cnsl, renews mtn for change of venue and presents sep filing on same. Argn/status hearing set for 3:30 1/29/01 for Sherman Akins before Mag Judge Theresa L. Springmann. Dft remanded to USM. [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 01/05/2001 | 11 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Sheldon Nagelberg for defendant Sherman Akins [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 01/05/2001 | 12 | MOTION change of venue by Sherman Akins [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 01/05/2001 | 13 | DETN HRG EXHIBIT/WITNESS list [ 2:00-m -1141 ] (smb) (Entered: 01/08/2001) |
| 01/05/2001 | 14 | ORDER of Detention by Mag Judge Theresa L. Springmann as to Sherman Akins (cc: all counsel,USPO,USM) [ 2:00-m -1141 ] (smb) (Entered: 01/12/2001) |
| 01/18/2001 | 18 | RESPONSE by plaintiff USA to motion change of venue [12-1] (smb) (Entered: 01/23/2001) |
| 01/19/2001 | 15 | INDICTMENT by USA. Counts filed against Sherman Akins (1) count(s) 1, 2-4, 5, Devon L Roche (2) count(s) 1, 2-4, 5 (sda) (Entered: 01/22/2001) |
| 01/19/2001 | 16 | PRAECIPE for warrant for Sherman Akins by plaintiff USA |

| | | |
|---|---|---|
| | | (warrant issued on 1/22/01) (sda) (Entered: 01/22/2001) |
| 01/19/2001 | 17 | PRAECIPE for warrant for Devon Roche by plaintiff USA (warrant issued on 1/22/01) (sda) (Entered: 01/22/2001) |
| 01/23/2001 | 22 | ORDER by Mag Judge Theresa L. Springmann dismissing counts as to Sherman Akins (1) count(s) cmp. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the US Attorney dismisses the complaint against Sherman Akins (cc: all counsel) (sda) (Entered: 01/24/2001) |
| 01/24/2001 | 19 | RECEIPT for Permanent Release of Detention Hearing Exhibits (Akins) signed by AUSA Office (smb) (Entered: 01/24/2001) |
| 01/24/2001 | 20 | RECEIPT for Permanent Release of Detn Hrg Exhibits (Roche) signed by AUSA Office (smb) (Entered: 01/24/2001) |
| 01/24/2001 | 23 | ARREST Warrant returned executed as to Sherman Akins on 1/24/01 (sda) (Entered: 01/25/2001) |
| 01/29/2001 | 27 | MINUTES: INIT APPEAR/ARRAIGN 1/29/01 before Mag Judge Theresa L. Springmann. S Akins, S Nagelberg (CJA), J Cooley AUSA present. Dft waives rights; advised charges, penalties. dft Sherman Akins arraigned; NOT GUILTY plea entered; pltf withdraws motion change of venue [12-1]; with leave to refile. (smb) (Entered: 01/30/2001) |
| 01/29/2001 | 28 | ARRAIGNMENT ORDER by Mag Judge Theresa L. Springmann ; pretrial conf set for 1:00 3/20/01 for Sherman Akins before Mag Judge Theresa L. Springmann ; pretrial motions due on 2/8/01 for Sherman Akins ;jury trial set for 9:00 4/2/01 for Sherman Akins before Judge James T. Moody (cc: all counsel) (sda) (Entered: 01/30/2001) |
| 02/01/2001 | 31 | MOTION for continuance of trial setting by USA as to Sherman Akins, Devon Roche (efc) (Entered: 02/01/2001) |
| 02/02/2001 | 32 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting motion for continuance of trial setting [31-1] ;jury trial set for 9:00 11/5/01 for Sherman Akins, for Devon Roche before Judge James T. Moody ;pretrial conf set for 1:00 10/22/01 for Sherman Akins, for Devon Roche before Mag Judge Theresa L. Springmann (cc: all counsel) (sda) (Entered: 02/02/2001) |
| 02/27/2001 | 34 | MOTION to seal the Government's In Camera Motion to Defer |

| | | |
|---|---|---|
| | | Discovery pursuant to Rule 16(D)(1) by USA as to Sherman Akins (sda) (Entered: 02/28/2001) |
| 02/27/2001 | 35 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal the Government's In Camera Motion to Defer Discovery pursuant to Rule 16(D)(1) [34-1] (cc: all counsel) (sda) (Entered: 02/28/2001) |
| 02/28/2001 | 36 | (Court only) SEALED document (sda) (Entered: 02/28/2001) |
| 03/12/2001 | 37 | ORDER by Mag Judge Theresa L. Springmann granting motion to withdraw appearance Michael J Falconer for defendant Devon Roche [33-1] attorney Michael J Falconer for Devon Roche terminated. The Clerk is directed to appoint counsel of behalf of Defendant (Roche). (cc: all counsel) (sda) (Entered: 03/12/2001) |
| 03/16/2001 | 39 | MOTION for appointment of new counsel by Sherman Akins pro se (sda) (Entered: 03/16/2001) |
| 03/19/2001 | 40 | LETTER from defendant Sherman Akins (sda) (Entered: 03/19/2001) |
| 03/21/2001 | 41 | MOTION to turn over all discovery by Sherman Akins, pro se (sda) (Entered: 03/22/2001) |
| 03/21/2001 | 42 | ORDER by Mag Judge Theresa L. Springmann denying motion for appointment of new counsel [39-1]. Becuase Defendant Akins is represented by counsel, this Court will not address any correspondence received directly from the Defendant. (cc: all counsel) (sda) (Entered: 03/22/2001) |
| 04/10/2001 | 43 | MOTION for reconsideration for new counsel by Sherman Akins, pro se (sda) (Entered: 04/10/2001) |
| 04/18/2001 | 44 | MOTION to withdraw appearance of Sheldon Nagelberg for defendant Sherman Akins (sda) (Entered: 04/19/2001) |
| 04/18/2001 | 45 | MINUTES: before Mag Judge Theresa L. Springmann ;status hearing set for 9:30 5/2/01 for Sherman Akins (cc: all counsel) (sda) (Entered: 04/19/2001) |
| 05/02/2001 | | (Court only) Docket Modification (Utility) Terminating attorney Sheldon Nagelberg for Sherman Akins (sealed) (Entered: 11/01/2001) |
| 05/02/2001 | 46 | MINUTES: HEARING 5/2/01 before Mag Judge Theresa L. Springmann granting motion to withdraw appearance of |

| | | Sheldon Nagelberg for defendant Sherman Akins [44-1], denying motion for reconsideration for new counsel [43-1] as moot, denying motion to turn over all discovery [41-1]w/out prej w/leave to refile by new cnsl. Crt orders that Fed Community Defender (J Stevens) be aptd on behalf of Sherman Akins for all further proceedings including trial. Dft rqst to proceed pro se is denied. Any further pleadings and/or rqst to proceed pro se is to be made in writing through cnsl. Dft Sherman Akins, S Nagelberg, J Stevens (FCD), AUSA J Cooley present. (smb) (Entered: 05/08/2001) |
| --- | --- | --- |
| 05/02/2001 | 47 | APPEARANCE for defendant Sherman Akins by Attorney H Jay Stevens (smb) (Entered: 05/08/2001) |
| 05/15/2001 | 48 | CJA Form 20 (Attorney Payment Voucher) for Sheldon Nagelberg as to Sherman Akins in the amount of $ 3,665.99 approved by USDJ Moody (rmn) (Entered: 06/08/2001) |
| 06/21/2001 | | TRANSCRIPT of proceedings for the following date(s): 1/4/01 1 (Re: Detention hearing for Devon Roche) (sda) (Entered: 06/21/2001) |
| 06/26/2001 | 50 | ORDER by Judge James T. Moody denying defendant Roche's motion for reconsideration of Detention Order and Magistrate Judge Springmann's order of detention is affirmed.[49-1] (cc: all counsel) (sda) (Entered: 06/26/2001) |
| 10/12/2001 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] sealing case Number of pages: 1 (cc: all counsel) [ 2:01-m -2125 ] (Court Employee) (Entered: 10/15/2001) |
| 10/12/2001 | 3 | ORDER by Mag Judge Theresa L. Springmann granting motion to seal case [2-1] sealing case Number of pages: 1 (cc: all counsel) [ 2:01-m -2126 ] (sealed) (Entered: 10/15/2001) |
| 10/18/2001 | | (Court only) Docket Modification (Utility) sealing case (sealed) (Entered: 10/19/2001) |
| 10/18/2001 | 51 | SUPERSEDING indictment by USA (sealed until further order of court on 10/18/01); counts filed against Sherman Akins (1) count(s) 1s, 2s, 7s-9s, Devon Roche (2) count(s) 1s, 2s, 5s, 7s-9s, Sean Christopher Farrell (3) count(s) 1, 3, 4, 5, 6, Bobby Jones (4) count(s) 1, 5, 6, Kenneth Muskiet (5) count(s) 1, Travis Davidson (6) count(s) 1, Levi Dixon (7) count(s) 1, Neil Allan Speiss (8) count(s) 1, Ryan Hunter (9) count(s) 1 |

| | | (sealed) (Entered: 10/19/2001) |
|---|---|---|
| 10/18/2001 | 52 | PRAECIPES by USA for warrants for defendants Sherman Akins, Devon Roche, Bobby Jones, Kenneth Muskiet, Travis Davidson, Levi Dixon, Neil Speiss & Ryan Hunter by plaintiff USA (warrants issued for Akins, Roche, & Speiss on 10/19/01) (sealed) (Entered: 10/19/2001) |
| 10/19/2001 | 53 | MINUTES: That the Court Reaffirms that as a result of the superseding indictment, the FPTC set for 10/22/01 at 1:00 will be by telephone before Mag Judge Theresa L. Springmann (cc: all counsel) (sealed) (Entered: 10/22/2001) |
| 10/19/2001 | 55 | MOTION to continue trial by USA as to Sherman Akins, Devon Roche, Sean Farrell, Bobby Jones, Kenneth Muskiet, Travis Davidson, Levi Dixon, Neil Allan Speiss, Ryan Hunter (sealed) (Entered: 10/23/2001) |
| 10/22/2001 | 54 | MINUTES: TELEPH PRETRIAL CONF 10/22/01 before Mag Judge Theresa L. Springmann w/J Cooley, AUSA, J Stevens, S Frankel, D Chidester. Crt advises parties of Supsed Indict, Govt mtn to cont trial. Dfts Akins and Roche's objections to a cont of trial are noted of record. Crt will be granting Govt mtn for cont of trial be sep written order. arraignment set for 11:30 11/2/01 for Sherman Akins, for Devon Roche before Mag Judge Theresa L. Springmann , arraignment set for 1:00 11/7/01 for Sean Farrell before Mag Judge Theresa L. Springmann. Dft Akins anticipates filing mtn for severance from co-dfts. (sealed) (Entered: 10/22/2001) |
| 10/22/2001 | 56 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting motion to continue trial [55-1] ;jury trial set for 9:00 1/14/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Levi Dixon, for Neil Allan Speiss, for Ryan Hunter before Judge James T. Moody ;pretrial conf set for 10:00 1/4/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Levi Dixon, for Neil Allan Speiss, for Ryan Hunter before Mag Judge Theresa L. Springmann (cc: all counsel) (sealed) (Entered: 10/23/2001) |
| 10/23/2001 | 57 | ARREST Warrant returned executed as to Sherman Akins on 10/22/01 (sealed) (Entered: 10/23/2001) |
| 10/23/2001 | 62 | ORDER by Mag Judge Theresa L. Springmann ;initial |

| | | appearance for 9:15 10/24/01 for Neil Allan Speiss before Mag Judge Theresa L. Springmann (cc: all counsel) (sealed) (Entered: 10/25/2001) |
|---|---|---|
| 10/24/2001 | 64 | PETITION FOR WRIT HCAP by plaintiff USA as to Bobby Jones (sealed) (Entered: 10/25/2001) |
| 10/25/2001 | 65 | WRIT HCAP issued by Judge James T. Moody granting motion PETITION FOR WRIT HCAP [64-1] as to Bobby Jones(cc: USM) (sealed) (Entered: 10/25/2001) |
| 10/25/2001 | 67 | ORDER by Mag Judge Theresa L. Springmann ;initial appearance for 9:30 11/2/01 for Levi Dixon before Mag Judge Theresa L. Springmann ;arraignment set for 9:30 11/2/01 for Levi Dixon before Mag Judge Theresa L. Springmann (cc: all counsel) (sealed) (Entered: 10/26/2001) |
| 11/01/2001 | 74 | ORDER by Judge James T. Moody case dismissed as to Sherman Akins (1) count(s) 1, 2 -4 , 5 . Dismissal of original indictment pursuant to Rule 48(a) motion by the government Number of pages: 1 (cc: all counsel) (sealed) (Entered: 11/01/2001) |
| 11/02/2001 | 78 | MINUTES: IA/ARRAIGN (Akins, Roche) 11/2/01 before Mag Judge Theresa L. Springmann on Supsed Indict filed 10/18/01. Dft Akins by J Flynn (FCD) on behalf of J Stevens (FCD). Dft Roche by S Frankel (CJA). AUSA J Cooley, P Benson present on bahalf of Govt. Dfts waive rights; advised charges, penalties. dft Sherman Akins, Devon Roche arraigned; NOT GUILTY plea entered as to each count by each dft. Pretrial and trial dates REAFFIRMED by Court. (sealed) (Entered: 11/05/2001) |
| 11/06/2001 | 83 | MOTION to unseal court file by USA (sealed) (Entered: 11/07/2001) |
| 11/06/2001 | 84 | ORDER by Mag Judge Theresa L. Springmann granting motion to unseal court file [83-1] case unsealed (cc: all counsel) (sealed) (Entered: 11/07/2001) |
| 11/14/2001 | 97 | MINUTES: INIT APPEAR (R HUNTER) 11/14/01 before Mag Judge Theresa L. Springmann. Dft present w/out cnsl, AUSA J Cooley, E Johnston USPT present. Dft advised rights, charges, penalties. Dft rqst for apnt of cnsl is granted based on final qualif. Clerk directed to contact fed com defender for apnt of cnsl. Govt rqsts pretrial deten. detention hearing set for |

| | | 11:00 11/16/01 for Ryan Hunter before Mag Judge Theresa L. Springmann. Dft ordered into temp deten and remanded to custody USM. (smb) (Entered: 11/14/2001) |
|---|---|---|
| 11/30/2001 | 107 | MOTION for continuance of trial setting by USA as to Sherman Akins (efc) (Entered: 11/30/2001) |
| 12/12/2001 | 110 | RESPONSE by defendant Sherman Akins to motion for continuance of trial setting [107-1] (plm) (Entered: 12/12/2001) |
| 12/12/2001 | 111 | MOTION to sever defendant by Sherman Akins (plm) (Entered: 12/12/2001) |
| 12/13/2001 | 112 | REPLY (titled response) by plaintiff USA to response/opposition to motion for continuance of trial setting [107-1] (sda) (Entered: 12/13/2001) |
| 12/28/2001 | 115 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Judge James T. Moody granting motion for continuance of trial setting [107-1] telephonic final pretrial conf set for 1:30 3/6/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Levi Dixon, for Neil Allan Speiss, for Ryan Hunter before Theresa L. Springmann;jury trial set for 9:00 a.m. on 3/18/02 as a fourth setting for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Levi Dixon, for Neil Allan Speiss, for Ryan Hunter (cc: all counsel) (kwk) (Entered: 01/03/2002) |
| 01/09/2002 | 121 | ORDER by Mag Judge Theresa L. Springmann granting defendant Ryan Hunter's motion to allow the filing of additional pretrial motions [116-1] instanter. (cc: all counsel) (efc) (Entered: 01/10/2002) |
| 01/18/2002 | 124 | ORDER by Mag Judge Theresa L. Springmann granting motion to amend certain conditions of release for defendant Travis Davidson [113-1], [113-2] (cc: all counsel) (efc) (Entered: 01/18/2002) |
| 01/22/2002 | 125 | ORDER by Mag Judge Theresa L. Springmann hearing re motion for review of detention set for 3:00 p.m. 1/28/02 for Sherman Akins (cc: all counsel) (efc) (Entered: 01/23/2002) |
| 01/22/2002 | 126 | ORDER by Mag Judge Theresa L. Springmann court hearing on the motion to withdraw as counsel set for 2:30 p.m. 1/28/02 for Devon Roche (cc: all counsel) (efc) (Entered: 01/23/2002) |

| | | |
|---|---|---|
| 01/23/2002 | 127 | ORDER by Mag Judge Theresa L. Springmann that the government file a response to defendant Sherman Akins' motion to sever by 1/31/02 (cc: all counsel) (efc) (Entered: 01/24/2002) |
| 01/24/2002 | 128 | NOTICE: before Mag Judge Theresa L. Springmann detention hearing reset for 11:00 2/4/02 for Sherman Akins; USM ordered to produce (cc: all cnsl via fax, USM, USPT) (smb) (Entered: 01/24/2002) |
| 01/28/2002 | 129 | RESPONSE by plaintiff USA to defendant Akins' motion for severance [111-1] (efc) (Entered: 01/28/2002) |
| 01/29/2002 | 130 | MINUTES: HEARING re: mtn to w/draw (D ROCHE) before Mag Judge Theresa L. Springmann granting motion to withdraw appearance Scott J Frankel for defendant Devon Roche [122-1,123-1] attorney Scott J Frankel for Devon terminated. Devon Roches, S Frankel, AUSA J Cooley present in open Court. Clerk directed to notify fed comun defender for apnt of cnsl. (smb) (Entered: 02/01/2002) |
| 02/01/2002 | 131 | MOTION to continue hearing on review of detention order by Sherman Akins (efc) (Entered: 02/01/2002) |
| 02/01/2002 | 132 | ORDER by Mag Judge Theresa L. Springmann that the government file, by 2/08/02, a response to defendant Ryan Hunter's motions for transcription and disclosure of Grand Jury proceedings and for bill of particulars. (cc: all counsel) (efc) (Entered: 02/04/2002) |
| 02/12/2002 | 136 | ORDER by Mag Judge Theresa L. Springmann granting motion to continue [131-1] ; hearing on review of detention set for 1:00 p.m. 2/25/02 for Sherman Akins (cc: all counsel) (efc) (Entered: 02/15/2002) |
| 02/13/2002 | 134 | NOTICE by Judge James T. Moody jury trial set for 9:00 a.m. 3/25/02 as a third setting for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Levi Dixon, for Neil Allan Speiss, for Ryan Hunter (cc: all counsel) (efc) (Entered: 02/13/2002) |
| 02/14/2002 | 137 | ORDER by Mag Judge Theresa L. Springmann granting motion for transcription and disclosure of grand jury proceedings [117-1]; The government is ordered to transcribe the grand jury proceedings and provide defendant Ryan Hunter |

|  |  | with a copy by 2/25/02. Granting motion for a bill of particulars [119-1]; The government is ordered to provide defendant Ryan Hunter with the particular information requested by 2/25/02. (cc: all counsel) (efc) (Entered: 02/15/2002) |
| 02/19/2002 | 142 | ORDER by Mag Judge Theresa L. Springmann granting motion to sever defendant [111-1]; severing defendant Kenneth Muskiet from the other defendants in this case. (cc: all counsel) (efc) (Entered: 02/19/2002) |
| 02/21/2002 | 144 | SECOND SUPERSEDING indictment by USA; counts filed against Sherman Akins (1) count(s) 1ss, 2ss, 6ss, 7ss-9ss, Devon Roche (2) count(s) 1ss, 2ss, 5ss, 6ss, 7ss-9ss, Sean Farrell (3) count(s) 1s, 3s, 4s, 5s, Bobby Jones (4) count(s) 1s, 5s, Travis Davidson (6) count(s) 1s, Neil Allan Speiss (8) count(s) 1s, Ryan Hunter (9) count(s) 1s (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 145 | PRAECIPE for warrant for defendant Sherman Akins by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 146 | PRAECIPE for warrant for defendant Devon Roche by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 147 | PRAECIPE for criminal summons for defendant Sean Farrell by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 148 | PRAECIPE for warrant for defendant Robert Jones by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 149 | PRAECIPE for criminal summons for defendant Travis Davidson by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 150 | PRAECIPE for warrant for defendant Neil Speiss by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/21/2002 | 151 | PRAECIPE for criminal summons for defendant Ryan Hunter by plaintiff USA (efc) (Entered: 02/25/2002) |
| 02/22/2002 |  | REMARK: Warrants issued for defendants Sherman Akins, Devon Roche, Robert Jones, Neil Speiss (efc) (Entered: 02/25/2002) |
| 02/25/2002 | 152 | ARREST Warrant returned executed as to Sherman Akins on 2/25/02 (efc) (Entered: 02/25/2002) |
| 02/25/2002 | 161 | MINUTES: Set for Hrg re: deten (S Akins) before Mag Judge |

| | | Theresa L. Springmann. Dft S Akins, J Stevens (FCD), J Cooley, AUSA, E Johnston USPT present. Dfns mtn for contin to allow for MCC attorney advisor to be present granted. Detention hearing set for 3:00 2/27/02 for Sherman Akins before Mag Judge Theresa L. Springmann , dft Sherman arraigned; NOT GUILTY plea entered as to Sec Supsed Indict filed 2/21/02. (smb) (Entered: 03/01/2002) |
|---|---|---|
| 02/26/2002 | 157 | ORDER by Mag Judge Theresa L. Springmann Final pretrial conf (in-person) set for 1:30 p.m. 3/6/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Travis Davidson, for Allan Speiss, for Ryan Hunter; Initial Appearance/Arraignment on Superseding Indictment set for the same date for all defendants listed, except defendant Sherman Akins. (cc: all counsel) (efc) (Entered: 02/26/2002) |
| 02/27/2002 | 159 | RESPONSE by plaintiff USA to motion to dismiss count(s) 5, 6 of the indictment for failure to charge an offense [133-1], to motion to dismiss count(s) 3, 4, 5, 6 of the indictment for failure to charge an offense [141-1], to motion to dismiss count(s) 5 of the superseding indictment [143-1] (efc) (Entered: 02/27/2002) |
| 02/27/2002 | 162 | MINUTES: HRG re: deten (S AKINS) before Mag Judge Theresa L. Springmann. Dft S Akins in person and by cnsl; AUSA J Cooley, E Johnston USPT present. Evidence presented; argument heard. Dfns mtn for reconsideration for pretrial release based on new evidence is denied for reasons stated of record. (smb) (Entered: 03/01/2002) |
| 02/27/2002 | 163 | EXHIBIT/WITNESS list (Akins Detn Hrg 2/27/02) (smb) (Entered: 03/01/2002) |
| 03/05/2002 | 167 | RESPONSE by plaintiff USA to motion to dismiss count 5 of the second superseding indictment for failure to charge an offense [153-1] (efc) (Entered: 03/05/2002) |
| 03/06/2002 | 170 | RESPONSE by plaintiff USA to defendant Devon Roche's motion to dismiss count(s) 5 of the second superseding indictment for failure to charge a federal offense pursuant to Title 18 USC Section 1952 [168-1] (efc) (Entered: 03/06/2002) |
| 03/06/2002 | 173 | WITNESS list by plaintiff USA (efc) (Entered: 03/07/2002) |
| 03/06/2002 | 178 | MINUTES: Final Pretrial Conference held on 3/6/02 before Mag Judge Theresa L. Springmann pretrial motions due |

| | | |
|---|---|---|
| | | 3/15/02 for Sherman Akins, for Roche, for Sean Farrell, for Bobby Jones, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter; government response due 3/22/02. withdrawing motion to dismiss count(s) 5, 6 of the indictment for failure to charge an offense [133-1], withdrawing motion to dismiss count(s) 3, 4, 5, 6 of the indictment for failure to charge an offense [141-1], withdrawing motion to dismiss count(s) 5 of the superseding indictment [143-1]. Santiago proffers due 3/18/02. Any motions for continuance of trial due 3/15/02. (efc) Modified on 03/12/2002 (Entered: 03/12/2002) |
| 03/08/2002 | 174 | RESPONSE by plaintiff USA to defendant Sean Farrell's motion to dismiss count(s) 3s, 5s of the second superseding indictment for failure to charge an offense [171-1] (efc) (Entered: 03/11/2002) |
| 03/08/2002 | 175 | MOTION for continuance of trial and request for primary trial setting by USA as to Sherman Akins, Devon Roche, Sean Farrell, Bobby Jones, Travis Davidson, Neil Allan Speiss, Ryan Hunter (efc) (Entered: 03/11/2002) |
| 03/11/2002 | 176 | RESPONSE by plaintiff USA to motion in limine, motion to strike body wire transcripts [172-1], to motion to file redacted transcripts of body wire tapes [172-2] (efc) (Entered: 03/11/2002) |
| 03/11/2002 | 179 | ORDER by Mag Judge Theresa L. Springmann telephonic hearing set for 11:30 a.m. 3/15/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter (cc: all counsel) (efc) (Entered: 03/12/2002) |
| 03/15/2002 | 184 | NOTICE of change of address by attorney R Brian Woodward (efc) (Entered: 03/18/2002) |
| 03/15/2002 | 186 | MINUTES: Telephonic Pretrial Conference held on 3/15/02 before Mag Judge Theresa L. Springmann Telephonic pretrial conference set 10:00 a.m. 3/20/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter ; Additional pretrial motions due on 3/18/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter. The government will file a motion to sever defendants Hunter and Farrell. (efc) Modified on 03/19/2002 (Entered: 03/19/2002) |

| | | |
|---|---|---|
| 03/15/2002 | 212 | MINUTES: Telephonic Pretrial Conference held on 3/15/02 before Mag Judge Theresa L. Springmann. Government to file response briefs to pending defense motions by 3/29/02; reply briefs due 4/08/02. (efc) Modified on 03/22/2002 (Entered: 03/22/2002) |
| 03/18/2002 | 198 | MOTION to sever counts 7,8 and 9 of the second superseding indictment for prejudicial misjoinder pursuant to FRCrP Rules 8 and 14 by Sherman Akins (efc) (Entered: 03/19/2002) |
| 03/18/2002 | 208 | MOTION to dismiss count one of the Superseding Indictment for duplicity - multiple conspiracies by Sherman Akins (efc) (Entered: 03/20/2002) |
| 03/18/2002 | 209 | RESPONSE by defendant Sherman Akins to motion to sever defendants Sean Farrell and Ryan Hunter from the other co-defendants pursuant to "Bruton" [188-1] (efc) (Entered: 03/20/2002) |
| 03/18/2002 | 210 | RESPONSE by defendant Sherman Akins to motion for continuance of trial and request for primary trial setting [175-1] (efc) (Entered: 03/20/2002) |
| 03/19/2002 | 201 | ORDER by Judge James T. Moody dismissing counts as to Sherman Akins (1) count(s) 1s, 2s , 7s -9s. Order for Dismissal of the First Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure (cc: all counsel) (efc) (Entered: 03/20/2002) |
| 03/20/2002 | 211 | REPLY by plaintiff USA to response to motion for continuance of trial and request for primary trial setting [175-1] (sda) (Entered: 03/20/2002) |
| 03/22/2002 | 213 | ORDER FOR CONTINUANCE per 18:3161(h)(8) by Mag Judge Theresa L. Springmann granting motion for continuance of trial and request for primary trial setting [175-1] ; jury trial set for 9:00 a.m. 10/21/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter before Judge James T. Moody; Final pretrial conf set for 1:00 p.m. 10/7/02 for Sherman Akins, for Devon Roche, for Sean Farrell, for Bobby Jones, for Kenneth Muskiet, for Travis Davidson, for Neil Allan Speiss, for Ryan Hunter before Mag Judge Theresa L. Springmann (cc: all counsel) (efc) (Entered: 03/22/2002) |
| | | |

| 04/03/2002 | 216 | MOTION for extension of time to file responses to various motions by USA (efc) (Entered: 04/03/2002) |
|---|---|---|
| 04/03/2002 | 220 | ORDER by Mag Judge Theresa L. Springmann granting motion for extension of time to file responses to various motions; govt has to/including 4/12/2 to file any responses [216-1] Number of pages: (cc: all counsel) (Court Employee) Modified on 04/09/2002 (Entered: 04/09/2002) |
| 04/04/2002 | 218 | MOTION for leave to file substitution of attorneys by Sherman Akins (Court Employee) (Entered: 04/09/2002) |
| 04/04/2002 | 219 | SUBSTITUTION of Attorney Stanley L Hill, Dalal M Jarad replacing attorney H Jay Stevens for Sherman Akins (Court Employee) (Entered: 04/09/2002) |
| 04/05/2002 | 217 | PETITION on probation/supervised release as Defendant Sean Farrell. Warrant to be issued (signed by Magistrate Judge Springmann). (Court Employee) (Entered: 04/05/2002) |
| 04/11/2002 | 221 | MOTION for attorneys Stanley L Hill and Dalal M Jarad to appear pro hac vice by Sherman Akins (Court Employee) (Entered: 04/12/2002) |
| 04/11/2002 | 223 | MINUTES: INIT APPEAR/PTN FOR ACTION ON CONDTNS OF PRETRIAL RELEASE filed 4/5/02 before Mag Judge Theresa L. Springmann. Dft Sean Farrell in person w/out cnsl due to un/avail of cnsl. AUSA J Cooley, M Page USPT present. Dft advised rights, charges, penalties. Govt rqsts bond revocation. Bond hearing set for 11:00 4/19/02 for Sean Farrell before Mag Judge Theresa L. Springmann. Dft remanded into temp deten and remanded to custody of USM. BOP is to be advised of dft's recent attempt at suicide. (smb) (Entered: 04/12/2002) |
| 04/12/2002 | 224 | CONSOLIDATED RESPONSE by plaintiff USA to motion to dismiss count 1 of the second superseding indictment [199-1], to motion to dismiss count one of the Superseding Indictment for duplicity - multiple conspiracies [208-1], to motion to sever counts 7,8 and 9 of the second superseding indictment for prejudicial misjoinder pursuant to FRCrP Rules 8 and 14 [198-1] (Court Employee) (Entered: 04/15/2002) |
| 04/12/2002 | 225 | MOTION to rescind document [188-1] by USA as to Sherman Akins, Devon Roche, Sean Farrell, Bobby Jones, Kenneth Muskiet, Travis Davidson, Levi Dixon, Neil Allan Speiss, |

| | | Ryan Hunter (Court Employee) (Entered: 04/15/2002) |
|---|---|---|
| 04/12/2002 | 225 | RESPONSE by plaintiff USA regarding [215-1] (Court Employee) (Entered: 04/15/2002) |
| 04/17/2002 | 226 | ORDER by Mag Judge Theresa L. Springmann granting motion for attorneys Stanley L Hill and Dalal M Jarad to appear pro hac vice [221-1] granting motion for leave to file substitution of attorneys [218-1] Number of pages: 2 (cc: all counsel) (Court Employee) (Entered: 04/17/2002) |
| 04/18/2002 | 228 | MAIL Returned [220-1] addressed to Atty Stanley L Hill for defendant Sherman Akins (Court Employee) (Entered: 04/19/2002) |
| 04/19/2002 | 229 | MINUTES: Bond Hrg 4/19/02 (S FARRELL) before Mag Judge Theresa L. Springmann. Dft in person and by cnsl, G Brown. AUSA J Cooley, E Johnston USPT present. Argument heard with regard to Govt's mtn for Psychiatric Exam filed 4/18/02. Evidence presented through Dft S Farrell. Dft committed to custody of USAG or designated rep for placement in suitable facility for examination; sep written order to follow. Bond status to be revisited after receipt and review of forensic examination. (smb) (Entered: 04/22/2002) |
| 05/10/2002 | 232 | ORDER by Judge James T. Moody granting motion to continue sentencing [231-1] ;sentencing reset for 9:00 1/28/03 for Levi Dixon Number of pages: 1 (cc: all counsel) (Court Employee) (Entered: 05/10/2002) |
| 05/16/2002 | 235 | ORDER by Mag Judge Theresa L. Springmann setting hearing on motion to modify conditions of release [233-1] 3:00 5/23/02 Number of pages: 1 (cc: all counsel) (Court Employee) (Entered: 05/16/2002) |
| 05/23/2002 | 238 | MINUTES: MTN HRG (RYAN HUNTER) 5/23/02 before Mag Judge Theresa L. Springmann. Pltf in person and by M Bosch. AUSA J Cooley, E Johnston USPT present. Crt hears evidence through testimony of Ryan Hunter. Argument heard. Crt DENIES motion to modify conditions of release [233-1]for reasons states of record. (smb) (Entered: 05/29/2002) |
| 06/19/2002 | 239 | ORDER by Mag Judge Theresa L. Springmann hearing re mental competency reset for 10:30 a.m. 7/2/02 for Sean Farrell (cc: all counsel) (efc) (Entered: 06/20/2002) |
| 07/02/2002 | 244 | MINUTES: COMPETENCY HRG (Sean Farrell) 7/2/02 |

| | | |
|---|---|---|
| | | before Mag Judge Theresa L. Springmann. Dft Sean Farrell in person and by cnsl G Brown. Govt by AUSA J Cooley, E Johnston USPT present. Challenges to forensic evaluation report/competency made through testimony of Dft Sean Farrell, and through argument of counsel. Crt finds dft is competent to stand trial and assist in own defense. Dfns oral mtn for pretrial release w/supervision is denied for reasons stated of record. Dft remanded pending trial. (smb) (Entered: 07/11/2002) |
| 07/11/2002 | 245 | ORDER by Mag Judge Theresa L. Springmann hearing on motion to withdraw as counsel set for 12:00 noon 7/17/02 for Ryan Hunter (cc: all counsel) (efc) (Entered: 07/12/2002) |
| 07/19/2002 | 246 | ORDER by Judge James T. Moody denying motion for revocation of pretrial detention order [243-1], granting motion for de novo hearing before the District Court [243-2] ; in-court hearing set for 1:00 p.m. 7/26/02 for Devon Roche (cc: all counsel) (efc) Modified on 07/19/2002 (Entered: 07/19/2002) |
| 07/23/2002 | 247 | MINUTES: MOTION HRG (RYAN HUNTER)before Mag Judge Theresa L. Springmann denying w/out prejudice motion to withdraw as counsel for defendant Ryan Hunter [241-1] w/leave to renew within ten days if parties are unable to re-establish attorney client relationship. Dft present in person and by Boesch. Govt by AUSA D Berkowitz on behalf of AUSA J Cooley. FPTC and Trial dates reaffirmed. (smb) (Entered: 07/23/2002) |
| 07/26/2002 | 248 | MINUTES: HEARING re: detention of Devon Roche held before Judge James T. Moody on July 26, 2002. Gov't present by Joseph Cooley, AUSA and Thomas Kirsch, AUSA. Dft appears in person and by cnsl Kerry Connor. Evidence presented by dft. Oral motion by dft for the Gov't to produce specific documents, Court GRANTS motion and ORDERS the Gov't to produce these documents to the dft within 2 weeks. Argument heard. Decision by Court: Dft to remain detained. Trial remains set for Monday, October 21, 2002 as a primary setting. Sharon Boleck-Mroz, Crt Rptr. (nac) (Entered: 07/26/2002) |
| 07/26/2002 | 249 | EXHIBIT/WITNESS list from hearing held on 7-26-02 for Devon Roche. (nac) (Entered: 07/26/2002) |
| 07/26/2002 | 251 | ORDER by Judge James T. Moody denying motion for review |

| | | |
|---|---|---|
| | | detention order [236-1] regarding Speiss (cc: all counsel) (kjp) (Entered: 10/01/2002) |
| 08/02/2002 | 252 | ORDER by Mag Judge Theresa L. Springmann granting in part and denying in part motion to reconsider, in part, order granting motion for bill of particulars [158-1] (cc: all counsel) (kjp) (Entered: 08/02/2002) |
| 09/16/2002 | 262 | MOTION to dismiss for failure to bring defendant to trial within the time limit required by statute by Sherman Akins (efc) (Entered: 09/17/2002) |
| 09/27/2002 | 263 | MOTION to extend time to respond to mtns by USA as to Sherman Akins, Devon Roche, Sean Farrell, Bobby Jones, Kenneth Muskiet, Travis Davidson, Levi Dixon, Neil Allan Speiss, Ryan Hunter (kjp) (Entered: 09/27/2002) |
| 09/27/2002 | 264 | ORDER by Mag Judge Theresa L. Springmann granting motion to extend time to respond to mtns [263-1]. Gov't to file responses to dft's pre-trial mtns on or before 10/2/02 (cc: all counsel) (kjp) (Entered: 09/30/2002) |
| 09/27/2002 | 265 | ORDER by Mag Judge Theresa L. Springmann granting motion to withdraw document [188-1] [234-1], granting motion to rescind document [188-1] [225-1], granting motion to sever defendants Sean Farrell and Ryan Hunter from the other co-defendants pursuant to "Bruton" [188-1]. Dft Farrell is severed from other dft's and to be tried separately ; final pretrial conf set for 2:00 11/4/02 for Sean Farrell before Mag Judge Theresa L. Springmann ;jury trial set for 9:00 11/18/02 for Sean Farrell before Judge James T. Moody (cc: all counsel) (kjp) (Entered: 09/30/2002) |
| 10/02/2002 | 273 | ORDER by Mag Judge Theresa L. Springmann denying Akins' motion to sever counts 7,8 and 9 of the second superseding indictment for prejudicial misjoinder pursuant to FRCrP Rules 8 and 14 [198-1], denying Roche's motion to sever counts 7,8 and 9 for prejudicial misjoinder pursuant to FRCrP Rules 8 and 14 [196-1] (cc: all counsel) (kjp) (Entered: 10/04/2002) |
| 10/03/2002 | 268 | RESPONSE by plaintiff USA to Speiss's motion to dismiss count 1 of the second superseding indictment [185-1] (kjp) (Entered: 10/03/2002) |
| 10/03/2002 | 269 | RESPONSE by plaintiff USA to Speiss's motion in limine re other acts and co-conspirators statements [257-1] (kjp) |

| | | (Entered: 10/03/2002) |
|---|---|---|
| 10/03/2002 | 270 | RESPONSE by plaintiff USA to Roche's motion in limine to prohibit evidence that defendant is the subscriber to cellular telephone number (917) 545-0428 [261-1] (kjp) (Entered: 10/03/2002) |
| 10/03/2002 | 271 | RESPONSE by plaintiff USA to Akins' motion to dismiss for failure to bring defendant to trial within the time limit required by statute [262-1], to Roche's motion to dismiss for violation of the Speedy Trial Act [259-1] (kjp) (Entered: 10/03/2002) |
| 10/03/2002 | 272 | Supplemental RESPONSE by plaintiff USA to dft Roche's mtns in limine [270-1] (kjp) (Entered: 10/03/2002) |
| 10/03/2002 | 274 | Revised RESPONSE by plaintiff USA to Speiss motion to dismiss count 1 of the second superseding indictment [185-1] (kjp) (Entered: 10/04/2002) |
| 10/03/2002 | 279 | ORDER by Judge James T. Moody denying Hunter's motion to dismiss count 1 of the second superseding indictment [199-1], denying Roche's motion to dismiss count one of the superseding indictment for duplicity [195-1], denying Jones'motion to dismiss count one of the second superseding indictment for [189-1], denying Speiss' motion to dismiss count 1 of the second superseding indictment [185-1] (cc: all counsel) (kjp) (Entered: 10/08/2002) |
| 10/04/2002 | 277 | REPLY by defendant Sherman Akins, defendant Devon Roche to response to motion to dismiss for failure to bring defendant to trial within the time limit required by statute [262-1], to motion to dismiss for violation of the Speedy Trial Act [259-1] (kjp) (Entered: 10/07/2002) |
| 10/07/2002 | 278 | Gov'ts evidentiary proffer as to co-conspirator statements (kjp) (Entered: 10/07/2002) |
| 10/07/2002 | 280 | ORDER by Judge James T. Moody granting Farrell's motion to correct scrivener's error [191-1] (cc: all counsel) (kjp) (Entered: 10/08/2002) |
| 10/07/2002 | 281 | ORDER by Judge James T. Moody denying Akins'motion to dismiss count one of the Superseding Indictment for duplicity - multiple conspiracies [208-1] (cc: all counsel) (kjp) (Entered: 10/08/2002) |
| 10/07/2002 | 299 | MINUTES: FINAL PRETRIAL CONF 10/7/02 before Mag |

| | | |
|---|---|---|
| | | Judge Theresa L. Springmann. Trial confirmed 10/21/02 two wk; suplntl jury instruct, proposed voir dire due by 1q0/15/02; Govt to file resp brief to defns mtns by 10/17/02; Dft Akins givn to 10/15/02 to file adtl mtn in lmine; DFt Roche, Davidson given to 10/11/02 to file any mtn re: STA and adtl mtn in limine; Dft Hunter & speiss given to 10/15/02 to file any adtl mtns re: STA, mtn in limine, Santiago Proffer; Govt to provide copies of plea agremeents to co-dfts and informant history by 10/11/02. (smb) (Entered: 10/16/2002) |
| 10/08/2002 | 287 | PLEA Agreement as to Sherman Akins (nac) (Entered: 10/08/2002) |
| 10/08/2002 | 290 | MINUTES: CHANGE OF PLEA HEARING held before Judge James T. Moody for dft Sherman Akins on 10-8-02. Govt present by Thomas Kirsch. Dft appears in person and by cnsl Stanley Hill and Dalal M. Jarad. Dft advised of Constitutional rights, charges and penalties. Guilty plea entered as to count 1 of the 2nd Superseding Indictment. Court orders judgment of guilty entered upon the dft's plea of guilty to count 1 of the 2nd superseding indictment. Plea of guilty is accepted by the Court. Court reserves acceptance of plea agreement pending a review of the Presentence Investigation Report. Referred to U.S. Probation Office for Presentence Investigation Report. Sentencing set for 9:00 1/14/03 for Sherman Akins before Judge James T. Moody. Dft orally withdraws all pending motions for Sherman Akins - GRANTED. Sharon Boleck-Mroz, Crt Rptr. (nac) (Entered: 10/09/2002) |
| 10/08/2002 | | (Court only) Docket Modification (Utility) withdrawing motion to dismiss for failure to bring defendant to trial within the time limit required by statute [262-1] (nac) (Entered: 10/09/2002) |
| 10/09/2002 | 291 | MINUTES: before Judge James T. Moody ;sentencing set for 9:00 1/14/03 for Sherman Akins (cc: all counsel) (nac) (Entered: 10/09/2002) |
| 10/15/2002 | 297 | Requested JURY Instructions by plaintiff USA (kjp) (Entered: 10/15/2002) |
| 10/15/2002 | 298 | MINUTES: SCHEDULED for Change of Plea Hearing for dft Devon Roche on 10-15-02 before Judge James T. Moody. Govt present by Joseph Cooley, AUSA and Thomas Kirsch, |

| | | |
|---|---|---|
| | | AUSA. Dft appears in person and by cnsl Kerry Connor. U.S. Probation Officer James Holm is also present. Dft advised of Constitutional rights, charges and penalties. Dft attempts to plead guilty to counts 7, 8 and 9 of the second superseding indictment but fails to make a factual basis. The Court rejects the plea agreement and reminds cnsl that this case is set for jury trial on Monday, October 21, 2002 at 9:00 a.m. Court ORDERS that all trial filings must be submitted by Wednesday, October 16, 2002. Sharon Boleck-Mroz, Crt Rptr. (nac) Modified on 10/15/2002 (Entered: 10/15/2002) |
| 10/15/2002 | | (Court only) Docket Modification (Utility) finding the motion in limine to prohibit evidence that defendant is the subscriber to cellular telephone number (917) 545-0428 [261-1] moot., finding the motion in limine to prohibit the introduction of evidence concerning defendant's sexual orientation, sexual behavior and/or evidence related to pictures obtained from the "cache" computer seized from his apartment [260-1] moot., finding the motion to dismiss for violation of the Speedy Trial Act [259-1] moot. (pending motions for Devon Roche are ordered moot) (nac) (Entered: 10/15/2002) |
| 10/15/2002 | | RE: Devon Roche - Information fld in case number 2:02 CR 72, dft enters plea of guilty in 02 CR 72. (nac) (Entered: 10/15/2002) |
| 10/18/2002 | | (Court only) Docket Modification (Utility) withdrawing motion in limine re other acts and co-conspirators statements [257-1] (during plea hrg of Neil Speiss all pending motions were w/d by Atty Woodward). (nac) (Entered: 10/22/2002) |
| 10/30/2002 | | (Court only) Docket Modification (Utility) finding the motion in limine, motion to strike body wire transcripts [172-1] moot., finding the motion to file redacted transcripts of body wire tapes [172-2] moot., finding the motion to dismiss count(s) 3s, 5s of the second superseding indictment for failure to charge an offense [171-1] moot. (motions w/d by atty - dft enters plea of guilty) (nac) (Entered: 10/30/2002) |
| 10/30/2002 | | (Court only) Docket Modification (Utility) finding the motion to correct typographical error [174-1] moot., finding the motion response [174-1] moot. (motion w/d by atty - dft enters plea of guilty) (nac) (Entered: 10/30/2002) |
| 10/30/2002 | | (Court only) Docket Modification (Utility) finding the motion |

| | | |
|---|---|---|
| | | to dismiss second superseding indictment [193-1] moot. (motion w/d by atty, dft enters plea of guilty) (nac) (Entered: 10/30/2002) |
| 10/30/2002 | | (Court only) Docket Modification (Utility) finding the motion in limine re other crimes, wrongs or acts, and co-conspirator statements [256-1] moot. (motion w/d by atty, dft enters plea of guilty) (nac) (Entered: 10/30/2002) |
| 12/20/2002 | 312 | ORDER by Judge James T. Moody granting motion to continue sentencing [311-1] ;sentencing set for 1:00 2/11/03 for Bobby Jones Number of pages: 1 (cc: all counsel) (nac) (Entered: 12/20/2002) |
| 01/08/2003 | | TRANSCRIPT of plea hearing proceedings for the following date(s): 10/15/02, 1 Volume (kjp) (Entered: 01/08/2003) |
| 01/09/2003 | 314 | NOTICE: before Judge James T. Moody sentencing reset for 9:00 4/10/03 for Sherman Akins (cc: all counsel) (kjp) (Entered: 01/09/2003) |
| 01/16/2003 | | (Court only) Docket Modification (Utility) granting motion for downward departure as to Ryan Hunter [315-1] (nac) (Entered: 01/16/2003) |
| 01/16/2003 | | (Court only) Docket Modification (Utility) terminating party Ryan Hunter (nac) (Entered: 06/02/2003) |
| 01/17/2003 | | MINUTES: Parties appear on 1/17/03 per order of Judge Moody re: sentencing hrg of Ryan Hunter. Thomas Kirsch, AUSA, dft Ryan Hunter appears in person and by cnsl Thomas Bosch, U.S. Probation Officer James Holm. Home detention is ordered (8 months) for dft Ryan Hunter. This portion of the sentence was accidently omitted during the sentencing hearing held on 1/16/03. Sharon Boleck-Mroz, Crt Rptr. (nac) Modified on 01/17/2003 (Entered: 01/17/2003) |
| 01/22/2003 | | (Court only) Docket Modification (Utility) terminating party Travis Davidson (nac) (Entered: 01/23/2003) |
| 01/23/2003 | 324 | ORDER by Judge James T. Moody granting motion to continue sentencing [321-1] ;sentencing reset for 1:00 2/10/03 for Sean Farrell (cc: all counsel) (kjp) (Entered: 01/24/2003) |
| 01/23/2003 | 325 | ORDER by Judge James T. Moody granting motion to continue sentencing [320-1] ;sentencing reset for 1:00 4/15/03 for Levi Dixon (cc: all counsel) (kjp) (Entered: 01/24/2003) |

| 02/04/2003 | 327 | ORDER by Judge James T. Moody granting motion to continue date of sentencing [326-1] ;sentencing reset for 1:00 4/23/03 for Bobby Jones (cc: all counsel) (kjp) (Entered: 02/04/2003) |
| 02/10/2003 | | (Court only) Docket Modification (Utility) terminating party Sean Farrell (nac) (Entered: 02/10/2003) |
| 03/14/2003 | | REMARK - PSI for Ryan Hunter was destroyed this date - no appeal was filed (nac) (Entered: 03/14/2003) |
| 03/14/2003 | | REMARK - PSI was destroyed this date for Travis Davidson, no appeal was filed (nac) (Entered: 03/14/2003) |
| 03/28/2003 | 335 | MOTION to continue sentencing by USA as to Sherman Akins (kjp) (Entered: 03/28/2003) |
| 04/01/2003 | 336 | ORDER by Judge James T. Moody granting motion to continue sentencing [333-1] ;sentencing reset for 1:00 7/8/03 for Neil Allan Speiss (cc: all counsel) (kjp) (Entered: 04/01/2003) |
| 04/01/2003 | 337 | ORDER by Judge James T. Moody granting motion to continue sentencing [334-1] ;sentencing reset for 1:00 7/2/03 for Levi Dixon (cc: all counsel) (kjp) (Entered: 04/01/2003) |
| 04/01/2003 | 338 | ORDER by Judge James T. Moody granting motion to continue sentencing [335-1] ;sentencing reset for 1:00 6/25/03 for Sherman Akins (cc: all counsel) (kjp) (Entered: 04/01/2003) |
| 04/02/2003 | 339 | Probation Transfer Order (Form 22) transferring jurisdiction of probation of Ryan Hunter to the Northern District of Illinois. Certified copies of Docket Sheet, Indictment, J&C and this order sent to USDC of Northern Illinois. /s/ James T Moody (kjp) (Entered: 04/03/2003) |
| 04/03/2003 | 340 | LETTER to Clerk, USDC of Northern Il, Eastern Div re: Probation tranfer of dft Ryan Hunter. (kjp) (Entered: 04/03/2003) |
| 04/08/2003 | 342 | ORDER by Judge James T. Moody granting motion to continue sentencing [341-1] ;sentencing reset for 1:00 7/30/03 for Levi Dixon (cc: all counsel) (kjp) (Entered: 04/09/2003) |
| 04/17/2003 | 344 | ORDER by Judge James T. Moody granting motion to continue sentencing [343-1] ;sentencing reset for 1:00 7/22/03 for Bobby Jones (cc: all counsel) (kjp) (Entered: 04/21/2003) |

| 05/14/2003 | | TRANSCRIPT of Sherman Akins Plea Hearing; Sharon Boleck Mroz 10/8/02; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/14/2003 | | TRANSCRIPT of Devon Roche Plea Hearing; Sharon Boleck Mroz 10/15/02; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/14/2003 | | TRANSCRIPT of Ryan Hunter Sentencing Hearing; Sharon Boleck Mroz 1/16/03; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/14/2003 | | TRANSCRIPT of Continuation of Ryan Hunter's Sentencing Hrg; Sharon Boleck Mroz 1/17/03; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/14/2003 | | TRANSCRIPT of Travis Davidson's Sentencing Hearing; Sharon Boleck Mroz 1/22/03; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/14/2003 | | TRANSCRIPT of Sean Farrell's Sentencing Hearing; Sharon Mroz 2/10/03; # of Volumes: 1 (kjp) (Entered: 05/16/2003) |
| 05/16/2003 | 345 | NOTICE: before Judge James T. Moody ;sentencing reset for 10:00 1/12/04 for Sherman Akins (cc: all counsel) (kjp) (Entered: 05/16/2003) |
| 06/06/2003 | | REMARK: PSI destroyed on Sean Farrell (nac) (Entered: 06/06/2003) |
| 06/27/2003 | 350 | Pro Se MOTION for attorney substitution by Sherman Akins (kjp) (Entered: 06/30/2003) |
| 07/01/2003 | 351 | ORDER by Judge James T. Moody referring to Mag Judge Andrew P. Rodovich the motion for attorney substitution filed by Sherman Akins in 6/27/03 [350-1] (cc: all counsel) (kjp) (Entered: 07/02/2003) |
| 07/21/2003 | 352 | MINUTES: before Mag Judge Andrew P. Rodovich regarding [350-1] ;In-court hearing set for 2:00 7/31/03 for Sherman Akins (cc: all counsel) (kjp) (Entered: 07/21/2003) |
| 07/24/2003 | 353 | MOTION to continue date of hearing by USA as to Sherman Akins (kjp) (Entered: 07/25/2003) |
| 07/28/2003 | 354 | LETTER from defendant Sherman Akins requesting dkt sheet. Copy sent to dft Akins. (kjp) (Entered: 07/28/2003) |
| 07/30/2003 | 355 | ORDER by Mag Judge Andrew P. Rodovich granting motion |

| | | to continue date of hearing [353-1] ; in-court hearing reset for 2:00 8/7/03 for Sherman Akins (cc: all counsel) (kjp) (Entered: 08/01/2003) |
|---|---|---|
| 08/07/2003 | 357 | MINUTES: IN-COURT HRG 8/7/03 before Mag Judge Andrew P. Rodovich granting motion for attorney substitution [350-1] terminating attorney Dalal M Jarad for Sherman Akins, attorney Stanley Hill for Sherman Akins. Clerk directed to notify fed com dfndr for apnt of cnsl. Dft admonished as to rights to cnsl. AUSA T Kirsch, St Hill present. Dft remanded. (smb) (Entered: 08/12/2003) |
| 08/12/2003 | 359 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Claudia Irma Traficante for defendant Sherman Akins (smb) (Entered: 08/26/2003) |
| 08/25/2003 | 361 | EXHIBIT/WITNESS list from Sentencing L Dixon 8/25/03, attached (smb) (Entered: 08/28/2003) |
| 09/30/2003 | 364 | ORDER by Judge James T. Moody granting motion to advance Sentencing Hearing [363-1] ;sentencing set for 1:30 10/27/03 for Devon Roche Number of pages: 1 (cc: all counsel) (kwk) (Entered: 09/30/2003) |
| 11/19/2003 | ● 366 | NOTICE *of Conflict* by Devon Roche as to Sherman Akins (Connor, Kerry) (Entered: 11/19/2003) |
| 11/25/2003 | ●368 | ORDER as to Sherman Akins, Devon Roche - hearing to be held on 12/9/2003 at 02:00 PM at Hammond, re: Notice of Conflict filed on 11/19/03. Signed by Judge Paul R Cherry on 11/25/03. (kjp, ) (Entered: 11/26/2003) |
| 12/09/2003 | ●369 | Minute Entry for proceedings held before Judge Paul R Cherry : Conflict Hearing as to Sherman Akins, Devon Roche held on 12/9/2003. AUSA by T Kirsch. Dft D Roche in person and by K Connor. Dft S Akins in person and by C Traficante. After inquiry, Court finds that dfts have complete understanding of conflict and its potential consequences. Parties voluntary waive conflict; Court obtains signed Waivers by each dft and orders same be filed of record. (Proceedings recorded MJ/PRC) (smb, ) (Entered: 12/12/2003) |
| 12/12/2003 | ●370 | WAIVER OF CONFLICT OF INTEREST by Devon Roche and cnsl Kerry Connor and by co-dft Sherman Akins and cnsl Claudia Traficante. (Entered: 12/13/2003) |
| 02/27/2004 | ●383 | NOTICE OF HEARING as to Sherman Akins Sentencing reset |

| | | for 4/26/2004 01:30 PM in Hammond before Senior Judge James T Moody. (kwk, ) (Entered: 02/27/2004) |
|---|---|---|
| 03/04/2004 | ❍384 | MOTION to Continue *Sentencing* by Sherman Akins. (Traficante, Claudia) (Entered: 03/04/2004) |
| 04/16/2004 | ❍389 | NOTICE OF HEARING as to Sherman Akins Sentencing reset for 6/17/2004 11:00 AM in Hammond before Senior Judge James T Moody. (kwk, ) (Entered: 04/16/2004) |
| 04/19/2004 | ❍390 | Second MOTION to Continue *Sentencing Hearing* by Sherman Akins. (Traficante, Claudia) (Entered: 04/19/2004) |
| 04/27/2004 | ❍ | Set/Reset Hearings as to Sherman Akins : Sentencing reset for 7/1/2004 10:00 AM in Hammond before Senior Judge James T Moody. (kwk, ) (Entered: 04/28/2004) |
| 04/28/2004 | ❍391 | ORDER granting 390 Motion to Continue as to Sherman Akins (1); sentencing continued to 7/1/04 @10:00 a.m.. Signed by Judge James T Moody on 4/27/2004. (kwk, ) (Entered: 04/28/2004) |
| 06/28/2004 | ❍397 | MOTION for Downward Departure by United States of America as to Sherman Akins. (Kirsch II, Thomas) (Entered: 06/28/2004) |
| 07/01/2004 | ❍398 | Minute Entry for proceedings held before Judge James T Moody :Sentencing held on 7/1/2004 for Sherman Akins (1); Government represented by Thomas Kirsch, AUSA; Defendant Akins appears with counsel Claudia Traficante; No probation officer in attendance; Court accepts plea agreement; Court grants Government's 5K1.1 motion for downward departure as to defendant Akins; Count(s) 1ss, Committed to the custody of the U.S. Bureau of Prisons for a term of 92 months; upon release from imprisonment, defendant placed on supervised release for 3 years; standard conditions of supervision imposed; no fine imposed; defendant ordered to pay a special assessment of $100.00, which shall be due immediately; Count(s) 2ss, Order for Dismissal of Count 2 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; Count(s) 6ss, Order for Dismissal of Count 6 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; Count(s) 7ss-9ss, Order for Dismissal of Counts 7,8,9 of the Second Superseding Indictment against defendant |

| | | |
|---|---|---|
| | | Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; defendant Akins advised of his right to appeal; defendant Akins remanded to the custody of the U.S. Marshal (Court Reporter Gay Dall.) (kwk, ) (Entered: 07/07/2004) |
| 07/01/2004 | | (Court only) ***Motions terminated as to Sherman Akins : 384 MOTION to Continue *Sentencing* filed by Sherman Akins, 397 MOTION for Downward Departure filed by United States of America. (kwk, ) (Entered: 07/07/2004) |
| 07/01/2004 | 399 | ORDER DISMISSING COUNTS for Sherman Akins (1),Count(s) 2ss, Order for Dismissal of Count 2 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; Count 6ss of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; Count(s) 7ss-9ss, Order for Dismissal of Counts 7,8,9 of the Second Superseding Indictment against defendant Sherman Akins pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure . Signed by Judge James T Moody on 7.1.2004. (kwk, ) (Entered: 07/07/2004) |
| 07/01/2004 | 400 | JUDGMENT IN A CRIMINAL CASE as to Sherman Akins (1) . Signed by Judge James T Moody on 7/1/2004. (kwk, ) (Entered: 07/08/2004) |
| 09/09/2004 | 401 | Judgment Returned Executed as to Sherman Akins on 8/27/04. (kjp, ) (Entered: 09/10/2004) |
| 10/18/2004 | 402 | Letter to Attorney Claudia Traficante from Sherman Akins (efc, ) (Entered: 10/21/2004) |
| 11/01/2004 | 403 | MOTION for Correction of Sentence pursuant to Rule 35 400 by Sherman Akins, Pro Se. (kjp, ) (Entered: 11/02/2004) |
| 11/04/2004 | 404 | MOTION to Withdraw 403 MOTION to Amend/Correct 400 Judgment (in letter form) by Sherman Akins. (kjp, ) (Entered: 11/05/2004) |
| 11/22/2004 | 405 | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 2:04-cv-485.) by Sherman Akins. (sda, ) (Entered: 11/22/2004) |
| 11/22/2004 | 406 | MEMORANDUM in support of 405 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 2:04-cv-485) by Sherman Akins (sda, ) (Entered: 11/22/2004) |

| 12/06/2004 | 407 | ATTORNEY APPEARANCE Thomas Lee Kirsch II appearing for USA. (Kirsch II, Thomas) (Entered: 12/06/2004) |
| 12/09/2004 | | (Court only) ***Remark as to Sherman Akins: Docket entry #408, which was an order by Judge Lozano was issued/docketed in error in this case; said entry was deleted (kwk, ) (Entered: 12/09/2004) |
| 12/16/2004 | 408 | ORDER denying and dismissing 405 Motion to Vacate (2255) as to Sherman Akins (1). Signed by Judge James T Moody on 12/16/04. (kjp, ) (Entered: 12/17/2004) |
| 12/16/2004 | | (Court only) ***Motions terminated as to Sherman Akins: 404 MOTION to Withdraw Document (kjp, ) (Entered: 01/07/2005) |
| 09/19/2006 | 422 | MOTION to Withdraw as Attorney by Thomas L. Kirsch II. by United States of America as to Sherman Akins. (Kirsch II, Thomas) (Entered: 09/19/2006) |
| 09/20/2006 | 423 | ORDER granting 422 Motion to Withdraw as Attorney. Thomas Lee Kirsch II withdrawn from case. Signed by Judge James T Moody on 9/20/06. (efc, ) (Entered: 09/20/2006) |
| 11/21/2006 | 426 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Sherman Akins returned to Melinda Page, SUSPO (kwk, ) (Entered: 11/21/2006) |
| 09/06/2007 | 432 | MOTION to Substitute Attorney by United States of America as to Sherman Akins, Devon Roche, Sean Farrell, Bobby Jones, Kenneth Muskiet, Travis Davidson, Levi Dixon, Neil Allan Speiss, Ryan Hunter. (Kirsch - AUSA, Thomas) (Entered: 09/06/2007) |
| 09/10/2007 | 433 | ORDER granting 432 Motion to Substitute Attorney. Thomas Lee Kirsch - AUSA, II for United States of America replacing Daniel L Bella - AUSA. as to Sherman Akins (1), Devon Roche (2), Sean Farrell (3), Bobby Jones (4), Kenneth Muskiet (5), Travis Davidson (6), Levi Dixon (7), Neil Allan Speiss (8), Ryan Hunter (9). Signed by Judge Paul R Cherry on 9/10/07. (kjp) (Entered: 09/11/2007) |
| 02/04/2008 | 449 | ORDER as to Sherman Akins accepting jurisdiction over the supervised releasee by Judge James Holderman, Northern District of Illinois, case 08cr72.. Signed by Unassigned on 1/24/08. (jld) (Entered: 02/06/2008) |
| | | |

| 02/07/2008 | ●450 | Probation Jurisdiction Transferred to Northern District of Illinois as to Sherman Akins. Transmitted Transfer of Jurisdiction form, with certified copies of second superseding indictment, judgment and docket sheet. (Attachments: # 1 Letter from USDC, ND of IL requesting documents)(sda) (Entered: 02/07/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:01CR9 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| SHERMAN AKINS, ~Det | ) | 18 U.S.C. § 1952 |
| a/k/a Regan Denzel Blair; | ) | 21 U.S.C. § 331(k) |
| DEVON ROCHE; ~Det | ) | 21 U.S.C. § 333(a) |
| SEAN FARRELL; ~Supv. | ) | 21 U.S.C. § 841(a)(1) |
| ROBERT JONES, "Bobby;" ~Det | ) | 21 U.S.C. § 843(b) |
| TRAVIS DAVIDSON; ~Supv. | ) | 21 U.S.C. § 846 |
| NEIL SPEISS; and ~Det | ) | |
| RYAN HUNTER. ~Supv. | ) | |

SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

COUNT 1

From at least the Summer of 1998, the exact date being unknown to the Grand Jury, and

continuing to at least the Fall of 2000, both dates being approximate and inclusive, in the

Northern District of Indiana and elsewhere,

**SHERMAN AKINS,**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE;**
**SEAN FARRELL;**
**ROBERT JONES, "Bobby;"**
**TRAVIS DAVIDSON;**
**NEIL SPEISS; and**
**RYAN HUNTER,**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By:
DEPUTY CLERK
Date: 2/7/08

the defendants herein, knowingly combined, conspired, confederated and agreed with other

persons known and unknown to the Grand Jury, to commit the following offense against the

United States: to knowingly and intentionally possess with the intent to distribute and to

distribute a mixture and substance containing detectable amounts of 3,4-

methylenedioxymethamphetamine (MDMA), commonly known as "Ecstasy," a Schedule I

controlled substance, and Ketamine, commonly known as "Special K," as of August 12, 1999, a

Schedule III controlled substance, all in violations of Title 21, United States Code, Section

841(a)(1);

      All in violation of Title 21, United States Code, Section 846 & Title 18, United States

Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

COUNT 2

In or about the Summer 1998, the exact date unknown, in the Northern District of Indiana and elsewhere,

**SHERMAN AKINS,**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE,**

the defendants herein, did travel and aided; abetted; counseled; commanded; and induced others to travel in interstate commerce, specifically, from the State of Indiana to the State of Illinois, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, possession with the intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as "Ecstasy," a Schedule I controlled substance such distribution and possession being in violation of Title 21, United State Code, Section 841(a)(1), and thereafter, performed acts to promote, manage, establish, and carry on such unlawful activity;

All in violation of Title 18, United States Code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>

Sometime with the period of January and February of 1999, the exact date unknown, in the Northern District of Indiana and elsewhere,

**SEAN FARRELL,**

the defendant herein, did travel and aided; abetted counseled; commanded; and induced others to travel in foreign commerce, specifically, from State of Indiana to Mexico, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, possession with the intent to distribute a mixture and substance containing a detectable amount of Ketamine, commonly known as "Special K," a Schedule III controlled substance such distribution and possession with the intent to distribute being in violation of the narcotic laws of the states of Indiana (Indiana Code §35-38-4-2) and Illinois (720 ILCS 570/401), and thereafter performed acts to promote, manage, establish, and carry on such unlawful activity;

All in violation of Title 18, United States Code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 4</u>

Sometime with the period of January and February of 1999, the exact date unknown, in the Northern District of Indiana and elsewhere,

**SEAN FARRELL,**

the defendant herein, did, with the intent to defraud and mislead, cause an act to be done with respect to a prescription drug, namely, Ketamine, while it was held for sale after shipment in interstate commerce that resulted in the drug being misbranded within the meaning of Title 21, United States Code, Section 353(b)(1), in that because of its toxicity and other potential for harmful effects, and the method of its use, and the collateral measures necessary to its use, it was not safe for use except under the supervision of a practitioner licensed by law to administer the drug, and because the application approved by FDA for its use limited distribution to a doctor's prescription, and was dispensed without a written or oral prescription of a practitioner licensed by law to administer such drug.

All in violation of Title 21, United States Code, Sections 331(k) and 333(a)(2) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>

In or about March 1999, the exact date unknown, in the Northern District of Indiana and elsewhere,

**DEVON ROCHE;**
**SEAN FARRELL; and**
**ROBERT JONES, "Bobby,"**

the defendants herein, did travel and aided; abetted counseled; commanded; and induced others to travel in interstate commerce, specifically, from the State of Indiana to the State of Arizona, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, possession with the intent to distribute a mixture and substance containing a detectable amount of Ketamine, commonly known as "Special K," a Schedule III controlled substance such distribution and possession with the intent to distribute being in violation of the narcotic laws of the states of Indiana, Indiana Code §35-38-4-2, and Illinois, 720 ILCS 570/401, and thereafter attempted to perform acts to promote, manage, establish, and carry on such unlawful activity;

All in violation of Title 18, United States Code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

COUNT 6

Sometime with the period of Spring and the Summer 2000, the exact date unknown, in the Northern District of Indiana and elsewhere,

**SHERMAN AKINS,**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE,**

the defendants herein, did travel and aided; abetted; counseled; commanded; and induced others to travel in interstate commerce, specifically, from the State of Indiana to the State of Illinois, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, possession with the intent to distribute a mixture and substance containing a detectable amount of 3,4-methylenedioxymethamphetamine (MDMA), commonly known as "Ecstasy," a Schedule I controlled substance such distribution and possession being in violation of Title 21, United State Code, Section 841(a)(1), and thereafter, performed acts to promote, manage, establish, and carry on such unlawful activity;

All in violation of Title 18, United States Code, Sections 1952 and 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>

On or about May 11, 2000, in the Northern District of Indiana and elsewhere,

**SHERMAN AKINS;**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE,**

the defendants herein, knowing and intentionally used and caused to be used a communication

facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United

States Code, Section 846, namely, conspiracy to possess with intent to distribute and to distribute

controlled substances, as charged in Count One of this Indictment; in violation of Title 21,

United States Code, Section 841(a);

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United

States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 8</u>

On or about June 14, 2000, in the Northern District of Indiana and elsewhere,

**SHERMAN AKINS;**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE,**

the defendants herein, knowing and intentionally used and caused to be used a communication

facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United

States Code, Section 846, namely, conspiracy to possess with intent to distribute and to distribute

controlled substances, as charged in Count One of this Indictment; in violation of Title 21,

United States Code, Section 841(a);

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United

States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 9</u>

On or about August 30, 2000, in the Northern District of Indiana and elsewhere,

**SHERMAN AKINS;**
**a/k/a Regan Denzel Blair; and**
**DEVON ROCHE,**

the defendants herein, knowing and intentionally used and caused to be used a communication

facility, namely a telephone, to facilitate the commission of a felony violation of Title 21, United

States Code, Section 846, namely, conspiracy to possess with intent to distribute and to distribute

controlled substances, as charged in Count One of this Indictment; in violation of Title 21,

United States Code, Section 841(a);

All in violation of Title 21, United States Code, Section 843(b) and Title 18, United

States Code, Section 2.

A TRUE BILL:

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORN

By: _____
Joseph A. Cooley
Assistant United States Attorney
Attorney # 06204046

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**JUDGMENT IN A CRIMINAL CASE**
**(For Offenses Committed on**
**or After November 1, 1987)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Cause No. 2:01 CR 09** |
| | ) | **USA No.: 59460-053** |
| **SHERMAN AKINS,** | ) | |
| Defendant | ) | **Claudia I. Traficante,** |
| | | **Attorney for Defendant** |

**THE DEFENDANT** pleaded guilty to Count 1 of the 2nd Superseding Indictment.

Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count No. |
|---|---|---|---|
| Title 21, § 846 | Drug Conspiracy | Fall of 2000 | 1 |

Defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts 2,6,7, 8 and 9 are DISMISSED on motion of the United States.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district, within 30 days, of any change of name, residence, mailing address, or material change in the defendant's economic circumstances until the special assessment imposed by this judgment is fully paid.

July 1, 2004
Date of Imposition of Judgment

/S James T. Moody
James T. Moody, Judge
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause

July 1, 2004
Date Signed

STEPHEN R. LUDWIG, CLERK

By:

DEPUTY CLERK

Date: 2/7/08

**Defendant: Sherman Akins**　　　　　　　　　　　**Judgment - Page 2**
**Cause No.:  2:01 CR 09**

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Ninety-Two (92) months.

The defendant is remanded to the custody of the United States Marshal.

### RETURN

I have executed this Judgment as follows:

_____

_____

　　　　Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States Marshal

　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　Deputy Marshal

**Defendant: Sherman Akins**                    **Judgment - Page 3**
**Cause No.:  2:01 CR 09**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years.    Within 72 hours of release from the custody of the United States Bureau of Prisons, the defendant must report to the probation office in the district to which the defendant is released.

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release, the defendant shall not commit another federal, state or local crime, shall not unlawfully possess a controlled substance, shall refrain from any unlawful use of a controlled substance, and shall comply with the following standard conditions previously adopted by this Court:

1) The defendant shall not leave the judicial district or other specified geographic area without the permission of the Court or Probation Officer;

2) The defendant shall report to the Probation Office as directed by the Court or Probation Officer and shall submit a truthful and complete written report within the first five (5) days of each month;

3) The defendant shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer;

4) The defendant shall support his dependents and meet other family responsibilities;

5) The defendant shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training, or other acceptable reasons;

6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances except as prescribed by a physician;

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer;

**Defendant: Sherman Akins**                          **Judgment - Page 4**
**Cause No.: 2:01 CR 09**

10)  The defendant shall permit a Probation Officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the Probation Officer;

11)  The defendant shall notify the Probation Officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

12)  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13)  As directed by the Probation Officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the Probation Officer to make such notifications and to confirm the defendant's compliance with such notification requirement;

14)  The defendant shall pay any special assessment imposed; and

15)  The defendant shall notify the probation officer of any material change in his economic circumstances that might affect his ability to pay any unpaid special assessment.

In addition, the defendant shall comply with the following special conditions:

1)  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon;

2)  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer; and

3)  The defendant shall participate in a drug treatment program under a co-payment plan which may include testing for the detection of drugs of abuse at the direction and discretion of the probation officer. As part of the co-payment program, the defendant will be held responsible for 3% per $ 100.00 of his net wages as determined by the probation office. If the defendant is unemployed or receiving public assistance, the defendant will be held responsible for a co-payment of $ 10.00 per month. Payments are to be made on a per visit basis. While under supervision, the defendant shall not consume alcoholic beverages or any mood altering substances. This provision overrides the "no excessive use of alcohol" language in Standard Condition # 7.

**Defendant: Sherman Akins**                    **Judgment – Page 5**
**Cause No.:  2:01 CR 09**

### FINE

The Court is imposing no fine because of defendant's inability to pay.

### SPECIAL ASSESSMENT

The defendant must pay to the United States a special assessment of $ 100.00 which shall be paid in full immediately to the Clerk of this Court.